27,413-08

The State Of Texas

County Of Caldwell

I, Tina Morgan Freeman, Clerk of the District Court, within and for the State and County aforesaid, do hereby certify that Relator has not filed an Application of Writ of Habeas Corpus in Caldwell County. Relator filed a Writ of Habeas Corpus (03-279A) back in 2010 which was denied by the Court of Criminal Appeals in 2011.

In Cause Number 03-279, wherein

Ex Parte: Louis Howard Confer

Vs.

The State Of Texas

Plaintiff

Defendant

Given under my hand and seal of office at Lockhart, Texas, this the 9th day of July, 2015.



Tina Morgan Freeman, Clerk, District Court
Caldwell County, Texas

By ___Tina M. Freeman___ Deputy

CCA No. WR-27,413-08